894　

*General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, Hilbert P. Zarky* and *Joseph F. Goetten* for petitioner. *Melville F. Weston* for respondent. █

No. 410. AMERICAN AIRLINES, INC. *v.* NORTH AMERICAN AIRLINES, INC. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Howard C. Westwood* and *J. Randolph Wilson* for petitioner. *Hardy K. Maclay* for respondent. 

No. 422. RANCO, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari granted. *Harry E. Smoyer* for petitioner. *Solicitor General Sobeloff* and *Theophil C. Kammholz* for respondent. 

No. 321. J. J. DIX, INC. *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 363. COMMISSIONER OF INTERNAL REVENUE *v.* ESTATE OF DIX. C. A. 2d Cir. Certiorari denied. *Bernard Weiss* for petitioner in No. 321 and respondent in No. 363. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, Hilbert P. Zarky* and *S. Dee Hanson* for the Commissioner. Reported below: 223 F. 2d 436.

No. 402. CLIFTON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Henry Hammer* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Carl H. Imlay* for the United States.